## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STATE FARM MUTUAL** * | |
| **AUTOMOBILE INSURANCE COMPANY** | |
| * | |
| **Plaintiff,** | |
| * | **Civil Case No.:** |
| **v.** | |
| * | |
| **OFFICER JOHN KURTZ,** *et al.* * | |
| **Defendants.** * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## CERTIFICATE OF CORPORATE DISCLOSURE
## <u>PURSUANT TO LOCAL CIVIL RULE 7.1</u>

I, the undersigned and counsel of record for Plaintiff, State Farm Mutual Automobile Insurance Company ("State Farm"), certify to the best of my knowledge and belief, that State Farm is affiliated with the following other insurance companies:

State Farm Annuity and Life Insurance Co

State Farm County Mutual Ins Co of TX

State Farm Fire and Casualty Company

State Farm Fire & Casualty Co CAB

State Farm Florida Insurance Company

State Farm General Insurance Company

State Farm Group

State Farm Group

State Farm Guaranty Insurance Co

State Farm Indemnity Company

State Farm Indemnity Group

State Farm Life and Accident Assur Co

State Farm Life Group

State Farm Life Insurance Company

State Farm Life Insurance Company CAB

State Farm Lloyds

State Farm Mutual Automobile Ins Co CAB

These representations are made in order that the judges of this court may determine the

needs for recusal.

Respectfully submitted,

CRAIG D. ROSWELL, Fed. Bar No. 433406
Niles, Barton & Wilmer, LLP
111 S. Calvert St., Suite 1400
Baltimore, MD 21202
Telephone: (410)783-6300
Fax: (410)783-6363
cdroswell@niles-law.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of June, 2006, a copy of the

foregoing Certificate of Corporate Disclosure will be served along with the Summons and

Complaint upon:

Officer John Kurtz
United States Capitol Police
119 D Street, NE
Washington, DC 20510

Officer Robert C. Cutter
United States Capitol Police
119 D Street, NE
Washington, DC 20510

United States Of America
Alberto Gonzales
Attorney General of the United States
Department of Justice
10th Street & Constitution Avenue
Washington, DC 20530

United States of America
Kenneth L. Wainstein
555 4th Street, NW
Washington, DC 20530

_____
CRAIG D. ROSWELL