UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE FARM MUTUAL INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES OF AMERICA, et al., ) ) Defendants. ) ) | Civil No. 06-1208 (EGS) ECF |

## PRAECIPE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney ERIC J. JANSON as counsel of record for the Defendant in the above-captioned case.

        Respectfully submitted,

        /s/
        Eric J. Janson
        Special Assistant United States Attorney
        555 4th St., N.W., Rm. E4417
        Washington, D.C. 20530
        (202) 514-9150 (telephone)
        (202) 514-8780 (facsimile)
        Eric.Janson@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 25th day of July 2006, the foregoing Praecipe was sent by ECF and U.S. Mail, postage prepaid, to the following:

> Craig D. Roswell, Esq.
> Niles, Barton, Wilmer, LLP
> 111 S. Calvert Street, Suite 1400
> Baltimore, MD 21202

_____/s/_____
Eric J. Janson
Special Assistant United States Attorney