UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, *et al.*, )<br>)<br>Defendants. ) | Civil Action No.: 06-1208 (EGS)<br><br>ECF |

## WESTFALL CERTIFICATION

I, Rudolph Contreras, Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, and first redelegated to me on March 20, 2006, hereby certify that I have read the complaint in State Farm Mutual Insurance Company v. United States of America et al., pending in the United States District Court for the District of Columbia, Civil Action No. 06-1208 (EGS) (filed June 30, 2006), and that on the basis of the information now available to me with respect to the incidents alleged therein, I find that defendants Officer John Kurtz and Officer Robert C. Cutter were acting within the scope of their employment as employees of the United States at the time of the alleged incidents.

August 9, 2006                                                   /s/
                                        RUDOPLH CONTRERAS, D.C. BAR # 434122
                                        Assistant United States Attorney
                                        Chief, Civil Division